USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/04/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ X
    UNITED STATES OF AMERICA,                                 :
                                                              :        17-CR-533 (VEC)
                 -against-                                    :
                                                              :           ORDER
                                                              :
    EDWARD MONAHAN,                                           :
                                                              :
                                 Defendant.                   :
------------------------------------------------------------ X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 3, 2021, Defendant Edward Monahan moved for the early termination of his supervised release, Dkt. 60;

IT IS HEREBY ORDERED that by no later than **Friday, November 12, 2021**, the Government must respond to the motion. The Government's response must include a report from Mr. Monahan's Probation Officer that describes how Mr. Monahan did on supervision and gives Probation's position on early termination.

**SO ORDERED.**

**Dated: November 4, 2021**
       **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**

# EXHIBIT A